JANUARY 11, 1984

No. 83–6017 (A–533). HUTCHINS v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution, grant certiorari, and vacate the death sentence in this case.

JANUARY 12, 1984

No. A–457. RAJNEESH ET AL. v. McGREER. D. C. Ore. Application for stay dismissed under this Court's Rule 53.

JANUARY 16, 1984

No. 82–1899. TRANS WORLD AIRLINES, INC. v. NEW YORK STATE HUMAN RIGHTS APPEAL BOARD ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. A–470. CLARK, SECRETARY OF THE INTERIOR, ET AL. v. CALIFORNIA ET AL.; and

No. A–471. WESTERN OIL & GAS ASSN. ET AL. v. CALIFORNIA ET AL. D. C. C. D. Cal. Motion to vacate the stay heretofore entered by JUSTICE REHNQUIST on December 20, 1983 [*post*, p. 1304], denied.

No. A–491. CONSUMER VALUE STORES v. BOARD OF PHARMACY OF NEW JERSEY. Super. Ct. N. J., App. Div. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.